## GROSSENBACHER v STATE

Ohio Appeals, 5th Dist, Stark Co

Decided May 14, 1934

Hart, Drunkenbrood & McHenry, Canton, and Donald W. Seiple, Canton, for plaintiff in error.

George N. Graham, Pros. Atty., Canton, A. C. L. Barthelmeh, Canton, and Deane McLaughlin, Canton, for defendant in error.

For full opinion see 3 OO 313; 49 Oh Ap 451.

## STATE ex THOMAS v HEUCK et

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 23, 1934

W. Ray Skirvin, Cincinnati, and Urban C. Varnau, Cincinnati, for plaintiff in error.
Louis J. Schneider, Pros. Atty., Cincin-nati, Walter M. Locke, Cincinnati, John D. Ellis, City Sol., Cincinnati, and Henry M. Bruestle, Cincinnati, for defendants in error.

For full opinion see 3 OO 308; 49 Oh Ap 436.